**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:

GREGORY LANE MAIDMAN,

Debtor.

Case No. 11-12497 (MG)

Chapter 7

-------------------------------------------------------------------X

ROBERT L. GELTZER, as Chapter 7 Trustee of GREGORY LANE MAIDMAN,

Plaintiff,

v

WM MAIDMAN FAMILY LIMITED PARTNERSHIP, RICHARD MAIDMAN, MITCHEL MAIDMAN, FASHION WEAR REALTY CO., INC. d/b/a TOWNHOUSE MANAGEMENT, 22ND STREET SURPLUS HOLDING COMPANY, LP, 554-556 MANAGER, LLC, 556 CONDO HOLDING CORP., AMSTERDAM APARTMENTS MANAGER LLC, MAIDMAN COUSINS HOLDING LLC, MAIDMAN FAMILY PARKING LP, R&D MAIDMAN FAMILY LTD PARTNERSHIP, R&D 233/408 COMPANY, LP, and THE CHELSEA MANAGER LLC,

Defendants.

Adv. Pro. No. 15-01067 (MG)

-------------------------------------------------------------------X

**STIPULATION AND ORDER DISMISSING COUNTS**
**<u>ONE & TWO OF THE TRUSTEE'S COMPLAINT</u>**

**IT IS HEREBY STIPULATED AND AGREED**, by and between (i) Robert L. Geltzer, as Chapter 7 Trustee of Gregory Lane Maidman, (the "**Trustee**"), and as Trustee, the plaintiff in the above-captioned adversary proceeding (the "**Adversary Proceeding**"), and (ii) each of the above-captioned defendants in the Adversary Proceeding (collectively, the "**Defendants**"), that pursuant to Rule 41 of the Federal Rules of Civil Procedure, as made applicable to this Adversary Proceeding by Rule 7041 of the Federal Rules of Bankruptcy

Procedure, and pursuant to an Offer of Judgment made by Defendants to Plaintiff-Trustee dated April 13, 2015, and the Trustee's Notice of Acceptance of said Offer of Judgment dated May 11, 2015, Counts One and Two of the Trustee's Complaint (the "**Subject Counts**") are hereby dismissed **WITH PREJUDICE** solely as to the Subject Counts, and without costs in favor of any party as against any other party to this Adversary Proceeding, upon the payment by Defendants of good and valuable consideration in settlement of the Subject Counts only, receipt of which is hereby acknowledged by Plaintiff.

[Signature page follows]

Dated: New York, New York
June 11, 2015

**Tarter Krinsky & Drogin LLP**

By: /s/ Robert A. Wolf
Robert A. Wolf
Christopher Tumulty
wrolf@tarterkrinsky.com
ctumulty@tarterkrinsky.com
1350 Broadway, 11th Floor
New York, New York 10018
Tel: (212) 216-8000

*Substitute Special Litigation Counsel to the Trustee*

**Akerman LLP**

By: /s/ Donald N. David
Donald N. David
M. Darren Traub
666 Fifth Avenue, 20th Floor
New York, New York 10103
Tel: 212.880.3800
donald.david@akerman.com
darren.traub@akerman.com

**Sherman, Citron & Karasik, P.C.**
Howard Karasik, Esq.
70 East 55th Street
New York, New York 10022
Tel: (212) 455-0450
sckpc@erols.com

*Counsel to Defendants*

**IT IS SO ORDERED.**

Dated: June 12, 2015
New York, New York

**/s/Martin Glenn**
MARTIN GLENN
United States Bankruptcy Judge