**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

GREGORY LANE MAIDMAN,

                                  Debtor.

Case No. 11-12497 (MG)

-------------------------------------------------------------------X
ROBERT L. GELTZER, as Chapter 7 Trustee of
GREGORY LANE MAIDMAN,

                                 Plaintiff,

Adv. Proc. No. 15-01067

     v.

WM MAIDMAN FAMILY LIMITED PARTNERSHIP,
RICHARD MAIDMAN, MITCHEL MAIDMAN,
FASHION WEAR REALTY CO., INC. d/b/a
TOWNHOUSE MANAGEMENT, 22ND STREET
SURPLUS HOLDING COMPANY, LP, 554-556
MANAGER, LLC, 556 CONDO HOLDING CORP.,
AMSTERDAM APARTMENTS MANAGER LLC,
MAIDMAN COUSINS HOLDING LLC, MAIDMAN
FAMILY PARKING LP, R&D MAIDMAN FAMILY
LTD PARTNERSHIP, R&D 233/408 COMPANY, LP,
AND THE CHELSEA MANAGER LLC,

                                 Defendants.
-------------------------------------------------------------------X

## CONSENT STIPULATION AND ORDER GOVERNING MEDIATION

The Court having entered the Case Management and Scheduling Order on July 8, 2015 directing the parties, among other things, to advise the Court if they agree to attempt to resolve all or some of the claims in this case by alternative dispute resolution, and the parties thereafter having informed the Court that they agreed to submit their disputes in this case to mediation before Hon. Stephen G. Crane (Ret.) of JAMS in accordance with General Order M-452,

**IT IS HEREBY STIPULATED AND CONSENTED TO**, on behalf of the parties, by their undersigned counsel, as follows:

1. The parties have selected Hon. Stephen G. Crane (Ret.) to serve as mediator (the "Mediator").

2. The initial in-person mediation session shall take place on October 1, 2015 commencing at 9:30 a.m. at the offices of JAMS, 620 Eighth Avenue, 34th Floor, New York, New York 10018.

3. The Mediator shall conduct such additional mediation sessions attended by all parties, and/or separate sessions with plaintiff and with the defendants, as the Mediator and the parties deem appropriate.

4. At all mediation sessions, a representative of each side with settlement authority shall either be in attendance in person or be available by phone.

5. In accordance with the General Fee Schedule, attached as Exhibit 1, the daily rate of the Mediator shall be $11,000, with any additional time billed at $1,100 per hour, with his fees to be shared equally (i.e., 50%/50%) between plaintiff and defendants. Plaintiff Trustee is authorized to execute a JAMS Fee Agreement and Cancelation Policy, included in Exhibit 1, and to pay out of the bankruptcy estate the fees due to JAMS under that Fee Agreement.

6. Any terms of the mediation not set forth herein shall be governed by General Order M-452 of this Court

Dated: September 2, 2015
       New York, New York

**Tarter Krinsky & Drogin LLP**

By: /s/ Robert A. Wolf
Robert A. Wolf
Christopher Tumulty
wrolf@tarterkrinsky.com
ctumulty@tarterkrinsky.com
1350 Broadway, 11th Floor
New York, New York 10018
Tel: (212) 216-8000
*Substitute Special Litigation Counsel to the Trustee*

**Akerman LLP**

By: /s/ Donald David
Donald N. David
M. Darren Traub
666 Fifth Avenue, 20th Floor
New York, New York 10103
Tel: 212.880.3800
donald.david@akerman.com
darren.traub@akerman.com
*Counsel to Defendants*

**IT IS SO ORDERED.**

Dated: September 3, 2015
       New York, New York

              /s/Martin Glenn
              MARTIN GLENN
              United States Bankruptcy Judge